Vicky Ilene PRITCHETT, Appellant,

v.

Scott Wayne PRITCHETT, Respondent.

Nos. WD 64825, WD 65147.

Missouri Court of Appeals,
Western District.

Nov. 22, 2005.

Dennis J. Campbell, Kansas City, for Appellant.

Joseph D. Baker, Osceola, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, ROBERT G. ULRICH, Judge, and JOSEPH M. ELLIS, Judge.

### ORDER

Vicky Pritchett appeals from a custody modification order transferring primary physical custody of the child to the child's Father, Scott Pritchett. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed pursuant to Rule 84.16(b).